**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**UNITED STATES OF AMERICA and**
**STATE OF MICHIGAN,**

        Plaintiff(s),          **CIVIL ACTION NO.:   10-14155**
vs.         **JUDICIAL OFFICER:  HON. DENISE PAGE HOOD**
        **COPIES DISTRIBUTED AT CONFERENCE OR MAILED TO:**

**BLUE CROSS BLUE SHIELD OF**
**MICHIGAN,**

        Defendant(s).
_____/

# SCHEDULING ORDER

The court **orders** the following schedule controlling the progress of this case:

**Witnesses:**   All witnesses to be called at trial shall be listed by  April 27, 2012 (Preliminary); June 8, 2012 (Final)

**Discovery:**   All discovery shall be completed by  July 25, 2012 (Fact); November 16, 2012 (Expert Witness)

**Mediation:**   This case shall be referred to Wayne County Mediation on _____ for mediation to be set in light of this schedule.

**Motions:**   No motions other than trial motions **in limine** may be filed after November 30, 2012
Motion practice will be governed by Local Rule 7.1.

**Status Conference:**   Monday, March 19, 2012, 2:30 p.m.

**Final Pretrial Conference:***   The final pretrial conference is scheduled for  Monday, February 25, 2013, 2:00 p.m.
Your client(s) or representative with full settlement authority **must** be present at the above conference.

*****A proposed *Joint* Final Pretrial Order signed by counsel for all parties shall be submitted to the court one (1) week prior to the final pretrial conference.**  The requirements of such a pretrial order is set forth in Local Rule 16.2.  Compliance with these requirements is mandatory.

**Trial:**   (Jury or Bench) Trial is scheduled to commence   Tuesday, April 2, 2013   at 9:00 a.m.       **No. of Days:**

**Other Requirements** (See Local Rules at www.mied.uscourts.gov and the Federal Rules of Civil Procedures, generally)

1. Submission of Orders, see Local Rules 5.2, 58.1, Appendix ECF
2. Adjournment of any dates must be by leave of the Court either through Stipulation and Order submitted by the parties or, if no concurrence, by Motion

**Additional Matters:  The Court GRANTS the Joint Motion for Entry of a Stipulated Discovery Scheduling Order (Doc. No. 58, 7/8/11) and incorporates the dates set forth in the Motion into this Order.**

## NO FURTHER NOTICES WILL BE MAILED

**Dated: August 12, 2011**          S/Denise Page Hood
        **UNITED STATES DISTRICT JUDGE**