UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

Case No. 10-14155

v.

Judge Denise Page Hood

Blue Cross and Blue Shield of Michigan, et al,

Magistrate Judge Mona K. Majzoub

           Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __221__, filed __October 11, 2012__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Lisa Bartlett__ at __(313) 234-5206__.

DAVID J. WEAVER, CLERK OF COURT

Dated: October 11, 2012

s/ Lisa C. Bartlett
Deputy Clerk